E-FILED
Tuesday, 14 July, 2020 03:05:40 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| ANTHONY L. ROBERSON, Plaintiff, | ) | |
| v. | ) | Case No. 18-2312 |
| COLE ANDERSON, et al., Defendants. | ) | |

## ORDER

**IT IS ORDERED HEREIN AS FOLLOWS:**

1. That this matter be, and hereby is, scheduled for a final pretrial conference by **personal appearance** before the undersigned on **August 31, 2020,** at **1:30 PM,** in Courtroom A, U.S. Courthouse, Urbana, Illinois.

2. All motions in limine or any other pretrial motions must be filed with the Court by the close of business on **July 24, 2020.** Any responses to those motions must be filed by the close of business on **August 7, 2020**.

3. Counsel who will actually try the case shall appear at the final pretrial conference. CDIL-LR 16.1(E)(3).

4. Prior to the date for final pretrial conference, the parties shall confer and shall prepare a proposed final pretrial order for presentation to the Court at the conference. CDIL-LR 16(E)(4).

5. The proposed final pretrial order prepared in conformity with the sample contained in Local Rules Appendix I shall contain the following:

   a. A statement of the case including the facts showing the basis for jurisdiction. CDIL-LR 16.1(F)(1).

b. A signed stipulation of uncontested material facts. CDIL-LR 16.1(F)(2).

c. A joint statement of uncontested issues of law. CDIL-LR 16.1(F)(3).

d. A joint statement of all contested material facts and issues of law. CDIL-LR 16.1(F)(4).

e. Stipulations regarding the use of depositions and the presentation of expert testimony. CDIL-LR 16.1(F)(5).

f. A list of all witnesses each party intends to call at trial. CDIL-LR 16.1(F)(6).

g. A list of exhibits each party intends to offer or use at trial. CDIL-LR 16.1(F)(7).

h. A list of demonstrative aids intended for use at trial. CDIL-LR 16.1(F)(8).

6. The final pretrial order shall be prepared by Plaintiff's counsel. CDIL-LR 16.1(F).

7. Plaintiff's counsel shall submit the final pretrial order to opposing counsel at least **seven days** prior to the final pretrial conference. CDIL-LR 16.1(F).

8. At the pretrial conference, the parties shall be prepared to discuss the following:

a. The simplification of the issues for trial. CDIL-LR 16.1(E)(5)(a).

b. Any problems of evidence. CDIL-LR 16.1(E)(5)(b).

c. The possible limitation of the number of expert witnesses. CDIL-LR 16.1(E)(5)(c).

d. The desirability and timing of trial briefs. CDIL-LR 16.1(E)(5)(d).

e. Any settlement possibilities. CDIL-LR 16.1(E)(5)(e).

f. Matters which will facilitate speedy disposition of the action. CDIL-LR 16.1(E)(5)(f).

g. Short notice (fast track) possibilities. CDIL-LR 16.1(E)(5)(g)

9. At the final pretrial conference, the parties shall submit an agreed set of jury instructions and any proposed *voir dire* questions. Jury instructions upon which the parties are unable to agree shall be submitted separately by the parties. Each instruction shall be tendered in compliance with Local Rule 16.1(E)(6). CDIL-LR 16.1(E)(6). Any objections to the jury instructions or proposed *voir dire* questions should be filed by the close of business on **September 7, 2020.**

10. This matter is set for jury selection and jury trial on **September 22, 2020,** at **9:00 a.m.**

11.. The parties should be prepared to make stipulation and agreements as appropriate. CDIL-LR 16.1(E)(3).

ENTERED this 14th day of July, 2020

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE