**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| ANTHONY L. ROBERSON, ) | |
| ) | |
| Plaintiff, ) | Case No.: 18-cv-2312 |
| ) | |
| v. ) | JUDGE COLIN S. BRUCE |
| ) | |
| CORRECTIONAL OFFICER COLE ) | MAGISTRATE JUDGE ERIC I. LONG |
| ANDERSON, individually, and ) | |
| VERMILION COUNTY, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their attorneys of record, that this matter has been settled by the parties and, therefore, this case should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 30 days from entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 30 days. Each side shall bear its own costs and attorneys' fees.

DATED: September 21, 2020

**APPROVED:**

**ANTHONY ROBERSON**

*/s/ Jaclyn N. Diaz*
Jaclyn N. Diaz
Edward M. Fox
Ed Fox & Associates, Ltd.
300 W. Adams Street, Suite 330
Chicago, Illinois 60606

*Counsel for Plaintiff*

**APPROVED:**

**COLE ANDERSON**
**VERMILION COUNTY**

*/s/ Tony S. Fioretti*
Michael W. Condon
Tony S. Fioretti
HERVAS, CONDON & BERSANI, P.C
333 Pierce Road, Suite 195
Itasca, IL  60143

*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

   I hereby certify that on September 21, 2020, I electronically filed the foregoing STIPULATION FOR DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Michael W. Condon
  HERVAS, CONDON & BERSANI, P.C.
  333 Pierce Road, Suite 195
  Itasca, IL  60143

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                   s/Jaclyn N. Diaz
                   Jaclyn N. Diaz

ED FOX & ASSOCIATES, LTD.
300 W Adams Ste, Ste 330
Chicago, IL 60606
(312) 345-8877
jdiaz@efoxlaw.com